David M. Goodrich
 *dgoodrich@go2.law*
3070 Bristol Street, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Chapter 7 Trustee

**FILED & ENTERED**

MAR 09 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-16157-WB |
| ALMA ANGELICA SANCHEZ, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DISALLOWING CLAIMED HOMESTEAD EXEMPTION** |
| | DATE:    March 5, 2026 |
| | TIME:     2:00 p.m. |
| | CTRM:    1375 |
| |             255 E. Temple Street |
| |             Los Angeles, CA 90012 |

On March 5, 2026, at 2:00 p.m., a hearing was held in connection with the *Chapter 7 Trustee's Motion for Order Disallowing Debtor's Claimed Homestead Exemption* [Docket No. 41] (the "Motion")[1] filed by David M. Goodrich, the duly-appointed chapter 7 trustee (the "Trustee") in the United States Bankruptcy Court for the Central District of California, the Honorable Julia Brand, United Bankruptcy Judge, presiding all other appearances were noted on the record.

---

[1] Capitalized words have the same meaning as capitalized words in the Motion.

ORDER

The Court having read and considered the Motion and all other papers and evidence filed with respect to the Motion, finding that notice and service of the Motion were proper, and good cause appearing,

**IT IS ORDERED**:

1.    The Motion is granted; and

2.    The Debtor's Homestead Exemption is denied in its entirety.

###

Date: March 9, 2026

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

2                                                                    ORDER